AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District Of Texas
FILED

APR 6 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Ricardo Ariel Garcia-Fernandez

**CRIMINAL COMPLAINT**

Case Number: M-19-0797-M

IAE   YOB: 1991
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 5, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ricardo Ariel Garcia-Fernandez was encountered by Border Patrol Agents near Roma, Texas on April 05, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 05, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 26, 2018 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 6, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant
Maria Guerrero   Border Patrol Agent

April 6, 2019

**J Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer